EXHIBIT A

35094

# STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

DO NOT WRITE IN THIS SPACE

Steve A. Reed
P. O. Box 136
Decatur, GA 30031

**Attorney or Plaintiff Name and Address**

Steve A. Reed
P.O. Box 136
Decatur, GA 30031
**Name and Address of PLAINTIFF**

vs

Georgia Corporation Process Company (Walmart)
2180 Satellite Blvd. Suite 400
Duluth, Ga. 30097
**Name and Address of DEFENDANT**

## MARSHAL'S ENTRY OF SERVICE

**GEORGIA, FULTON COUNTY**

**PERSONAL**

I have this day served the defendant(s)_____ personally with a copy of the within action and summons.

This_____day of _____, _____   _____
DEPUTY MARSHAL

**GEORGIA, FULTON COUNTY**

**NOTORIOUS**

I have this day served the defendant(s)_____
by leaving a copy of the action and summons at his/their most notorious place of abode in said County.
Delivered same in hands of_____ , a _____
_____ described as follows:
Age, about_____ years; weight, about_____lbs; height, about_____ft._____in.,
domiciled at the residence of the defendant(s).

This_____day of_____, _____   _____
DEPUTY MARSHAL

**GEORGIA, FULTON COUNTY**

**CORPORATION**

Served the defendant ___Walmart___ , a corporation, by leaving
a copy of the within action and summons with ___Linda Banks___ in charge of the
office and place doing business of said corporation, in Fulton County, Georgia.

This ___30___ day of ___Aug___ ___11___   ___Garrett___
DEPUTY MARSHAL

**GEORGIA, FULTON COUNTY**

**BETTER ADDRESS**

Diligent search made and the defendant(s):

not to be found in the jurisdiction of said Court for the following reason:

**NON-EST**

Please furnish this office with a new service form with the correct address.

This_____day of_____, _____   _____
DEPUTY MARSHAL

***EFILED***
LexisNexis Transaction ID: 39516332
Date: Aug 26 2011 4:52PM
Mark Harper, Clerk

GEORGIA, FULTON COUNTY

**STATE COURT OF FULTON COUNTY**
Civil Division

DO NOT WRITE IN THIS SPACE

CIVIL ACTION FILE NO. 11 EV 012178 C

*** NOTE-- DESIGNATED E-FILE CASE – ANSWER AND ALL PLEADINGS MUST BE E-FILED ****
CONTACT THE COURT AT 404.613.5040 AND
LEXISNEXIS CUSTOMER SUPPORT AT  1.888.529.7587

Steve A. Reed
P.O. Box 136
Decatur, Ga. 30031
Plaintiff's Name, Address, City, State, Zip Code

vs.

Walmart Stores East L.P.
1910 Corporation Process Company
2180 Satellite Blvd Suite 400
Defendant's Name, Address, City, State, Zip Code
Duluth, GA. 30097

**SUMMONS**

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ 2.6 million Dollars |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [✓] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [✓] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

TO THE ABOVE NAMED-DEFENDANT:
You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:
Name: Steve A. Reed
Address: P.O. Box 136
City, State, Zip Code: Decatur Ga. 30031          Phone No.: 678/793-7331

An answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing through LexisNexis or, if desired, at the e-filing public access terminal in the Clerk's Office at 185 Central Ave., S.W., Room TG100,  Atlanta, GA 30303.

This _____          Angela Dash Winfrey, Chief Deputy Clerk

    If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer.  Such paragraphs undenied will be taken as true.  If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.
    If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

**SERVICE INFORMATION:**
Served , this _____ day of _____, 20_____.          _____
                                                                  DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____
_____
This _____ day of _____, 20_____.          _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

IN ~~SUPERIOR~~ State COURT OF FULTON COUNTY
FOR THE STATE OF GEORGIA
ATLANTA DIVISION

STEVE A. REED
    Plaintiff,

                                            JURY TRIAL REQUESTED
                                            Title VII Complaint
                                            Case No.—Pending

v.

WALMART, INC., WAL-MART
STORES EAST ,L., P.,Bennie Gordon,
Dr. Tolu Alyetiwa ,Wolansa Boshule.
Roger Williamson, Darryl Marchetta,
Wal-mart Corp., et al.,
    Defendants

### COMPLAINT

      As it Stands now, Plaintiff, Steve A. Reed moves now to file this complaint in the

~~Superior~~ State Court of Fulton County, State of Georgia—Atlanta Div..Plaintiff has actively pursuit the

charges leveled below both at the Company(Defendant) Administrative level and with the Office

of U.S. Equal Employment Opportunity Commission level to its fullest extent.

      Plaintiff contends that Plaintiff has been—discriminated against by said listed employer

(defendant) due to Plaintiff's rase,sex,color,national origin , age,and that Plaintiff was retaliated

against for opposing unlawful acts in violation of TitleVII-Civil Right Act of 1964,as amended and

in violation of the ADEA of 1967, as amended. As the Court knows Title VII and ADEA prohibits

discrimination based upon those factors listed above.Furthermore,Plaintiff alleges that Plaintiff's

employer(defendant) did intentionally and willfully discriminate against him(Plaintiff) when the

employer made the employment Decisions that gave rise to the charges that 's stated within this

complaint. Plaintiff submits that Plaintiff was hired by Wal-mart as a Part-time Pharmacy Tech,

but later was promoted to the level of full-time pharmacy tech and received regularly

evaluations in which Plaintiff either meted or exceeded  the grade required to remain in good standing

for the job ( Plaintiff received pay raises ). Plaintiff was hired by the above-listed employer in Oct. 2007

as Pharmacy Technician. At the very beginning of the first week till the last week of employment

Plaintiff suffered open and blatant bouts of discrimination at the hands of Wal-mart Store Management

team , Wal-mart Corporate level Management team and at the hands of other Defendant backed

individuals. Plaintiff contends that the Wal-mart management team lied , abused their authority, single-

out Plaintiff in his dept/work station due to Plaintiff's race, sex, color( skin tone),national original and

age and indeed fired Plaintiff due to their (Defendant) racist attitudes toward Plaintiff's ethnicity, darker

skin tone, and other. Plaintiff maintains that plaintiff was single-out and treated differently from the

other(s) similarly situated individuals/employees in Plaintiff's dept. (pharmacy) such as- --        Robert

Carrols (White pharm -tech),Tonya Treadwell ( Black female pharm tech),Chi-Cobi Speaks (Black female

Pharmacy tech), Ira Johnson ( Black female pharmacy tech)------------------------------------ and others as it

relates to almost every aspect of the working environment ( that being workload, tasks assigned, special

treatment, hours worked, customers given , pay, time-off, transfers .,etc.,--------)

Plaintiff contends that plaintiff is a member of a statutorily protected group—( Plaintiff is a Black

Afro-American male) and that Plaintiff was adversely affected by the Decisions /Actions of said-listed

employer (Defendant) and treated differently from the others( employees)  due to plaintiff' s race, sex ,

age, color ,national origin and religion. Plaintiff puts forward that plaintiff was discriminated against and

fired by members of the Wal-mart management team who's ethnicity differs from that of the Plaintiff ,

that being White, Asian, --female and of a different national origins--.Plaintiff injects that a conspiracy

to firer the plaintiff was put into action by the Defendant such as in the matter of Wal-mart Pharmacist

Tolu-- under the authority and approval of Wal-mart upper management team-- did switch  customers

meds with plaintiff's pharmacy tech call number assigned from the right meds to the wrong meds while

Wal-mart upper level management team watched/supervised the switch ,many of the switches from

Pharmacist Tolu were made on camera with the full knowledge of Wal-mart management  knowing /approving the actions. Adding so background, Wal-mart Pharmacist  Tolu was the Pharmacist that stated openly that he(Tolu) hated all Afro-American male that they( Black males)" are dump and stupid and can be easily setup for the fall".Pharmacist Tolu believed so much in the superiority of the Nigerian males that he (Tolu) would openly and blatantly make these statements toward the Plaintiff calling the Plaintiff a "White Folks Nigger",---with the approval of Wal-mart management team Pharmacist Tolu actively went  to Wal-mart pharmacy ( Lithonia) senior clients homes with the meds labeled under the plaintiff's pharmacy call numbers and switch the right meds for the wrong meds using the story that the the Pharmacy tech that helped fill the Rx put the wrong meds in the bottles, thereby creating a very dangerous situation that he (Tolu) could resolve at this time by re-switching the meds .,ie the wrong for the right, but in reality the reverse was occurring . Never mind that the client could die from this event Pharmacist Tolu knew that he had the backing/blessing of Wal-mart upper management team. Plaintiff had informed Wal-mart management team that Pharmacist was completing these actions of switching meds ( the wrong for the right) two months earlier to the date of Plaintiff's write-up regarding this switching situation by Wal-mart Pharmacist Tolu,but all Wal-mart(defendant) wanted to do was forced the Plaintiff to work under Pharmacist Tolu so that Plaintiff would be blamed for the mix-up( switch-up). Plaintiff contends that Wal-mart did not try to stop Pharmacist Tolu from doing such a illegal and immoral acts, but instead tried to set-up the plaintiff by forcing the plaintiff to handout the wrong Meds due to switching by Walmart Pharmacist Tolu or face a writeup or possible firing-        ,Plaintiff took the write-up rather than passing out  Wal-mart Pharmacist Tolu switched medication to senior clients of Wal-mart Lithonia Pharmacy. Plaintiff took the additional step of informing the State of Georgia Professional licensing Board located in Macon, Ga. which visited the Wal-mart Lithonia Pharmacy and fired Wal-mart Pharmacist Tolu on the spot. There exist a number of situation such as the Pharmacist Tolu incident that Wal-mart management has tried in order to dismiss the Plaintiff . Plaintiff states that

Wal-mart Pharmacist Wolansa Boshule (Alonza) stated openly that she(Alonza) want to have/create an

all female pharmacy tech pharmacy at 1340( Wal-mart Lithonia Pharmacy) and " men are stupid and

dumb not as smart as female so steve I(Alonza) heard that you wanted to be transferred, I ( Alonza ) can

transfer you today ( almost Mid-Oct.)I can make it happen now so that all my Pharmacy techs will be

female or I can set you up for firing, which is it going to be". Plaintiff adds that at the very start of

plaintiff's employment with Wal-mart Pharmacy that Plaintiff was discriminated against by a White

Store Manager ( Roger ----) and a Lighter skin Black Store Manager( Bennie Gordon) when Plaintiff was

lied upon due to Plaintiff's  darker skin tone and the belief expressed by same said listed managers that

"the  darker the employee's skin tone the lesser the employee's IQ or brain function will be, just look at

all the lighter skin blacks in management at Walmart, at this store, and throughout the country " this

comment  was stated  by the same said listed managers to the Plaintiff on a number of  different

occasions, and to further explain the racist attitudes of Roger and Bennie ,---Plaintiff contends that

the Walmart Mgrs.( Roger & Bennie)  stated that due to Plaintiff's darker skin tone and smaller IQ that

Plaintiff would not be able to counter the many falsehoods leveled at the Plaintiff by the Wal-mart

management team. For example, Plaintiff was lied upon by Roger and Bennie the very first week of

employment at 1340(Lithonia store) when Roger & Bennie fired Plaintiff due to darker skin tone theory

stating that" Plaintiff mis-filled a Rx so badly that the then Pharmacy Manager Tracy Morning wanted

the Plaintiff fired", so Bennie and Roger fired the Plaintiff, thereby lying upon the Plaintiff, abusing their

authority as Wal-mart Managers. There exist several  more situations of discrimination against the

Plaintiff by Wal-mart's Upper and Lower Management team, too numerous  to mention at this time ,but

will be brought forward at a later date and time ( amended complaint), those future statements  by the

Plaintiff of further discrimination by Wal-mart Managers will center around plaintiff being called a----

" Nigger" by Roger(White male-Store Manager), Bennie Gordon (Lighter-skin Black male Co-manager),

Donna ( White female-Store Co-Manager), having comments made to and about the plaintiff by same

said listed Manager( including Pharmacist Tolu-ie Dr. Alyetiwa) of " listen here you Religious Freak, I don't give a damn( Bennie)," Black nigger come over here  right now"( Roger, Bennie ,Alyetiwa, and Donna)," you faggot stop trying to-------" ( Alyetiwa,and other Wal-mart management team members).

Plaintiff  submits that - initial EEOC claim was not properly reviewed under  federal rule of law by  EEOC  and by EEOC Investigator, almost none of Plaintiff key witnesses regarding the transfer  of Plaintiff to Wal-mart Store(Pharmacy) No.1181 were interviewed ,that EEOC investigator kept switching the names of Wal-mart Management team ;thereby ,confusing the few witnesses interviewed, not allowing any member of Plaintiff's team to be present at the interview session involving Plaintiff's witnesses, Plaintiff contends that the essential questions regarding this case were not asked by the EEOC Investigator.

In accordance with statue, Plaintiff resides in Dekalb County , and Plaintiff's legal address is that of P.O. Box 136 Decatur,Ga.30031—Phone# 678/793-7331. Plaintiff further contends that Wal-mart Stores, Wal-mart Inc. Wal-mart Pharmacy is license to do business in the State of Georgia, Dekalb County and other.

In fact, in this case Plaintiff hopes that the Court takes note of the facts surrounding this case as  a " complex and confusing set of events" much like those present in the case of .,Gratton v. Great American Communications, 178 F. 3d 1373 (11th Cir. 1989). Citing Malaueta v. Suziki Motor Co., 987 F. 2d 1536, 1542 (11th Cir. 1993) and E.E.O.C. v. Troy State Univ., 693 F. 2d 1353,1357. In addition, Plaintiff states that plaintiff was terrorized and threaten by members of Wal-mart management team and other Wal-mart Agents—to the point of having guns displayed in such matter that would deter Plaintiff's future hopes of employment with Wal-mart Pharmacy Inc.--. Plaintiff omits that Wal-Mart Management team discriminated against Plaintiff when Plaintiff was refused /not allowed to obtain a Pharmacy Tech position at any of Wal-

art Pharmacy Stores located in the North Metro Area of Atlanta ( ie store 2154) and then later refused/not allowed to transfer to any Wal-Mart Pharmacy Store located in the Northern Metro area of Atlanta.

Plaintiff is seeking an unspecified amount of money from the Defendant as compensation for the damages /harm inflicted upon Plaintiff's person and Plaintiff's Title VII Rights. Furthermore, Plaintiff asks for additional compensation from the Defendant due to retaliation against the Plaintiff for maintaining Plaintiff's Rights and Plaintiff's events of Whistle-Blowing to the Authorities about the Med Switch-outs. Plaintiff ask for punitive and compensatory damages-- in excess that's well above the set legal limits of a case of this nature due to the very heinous display of discriminatory acts level against the plaintiff on the part of the Defendant.

In summary, Plaintiff contends that Plaintiff was fired by a White District Pharmacy Manager ( Darryl Marchetta) was written-up and set-up by White ,Indian, and Nigerian Wal-mart managers/supervisors, that many of Plaintiff's in-house witnesses were forced to write untrue statements about the events as their unfolded during Plaintiff's time of employment with Wal-mart and even after plaintiff's time of employment with the Defendant. Plaintiff denies all claims by the Defendant that Plaintiff was violent toward Wal-mart management team and denies all claims by the Defendant of missing/changing work times and locations without approval. Plaintiff states here in now ( as well as in the past) that Plaintiff was transferred to Wal-mart Store #1181(Pharmacy Div.) long before Pharmacist Wolansa Boshula took charge of Wal-mart Pharmacy Store #1340. Plaintiff has attached additional documentation along with the Complaint in order to-- further explain or rather help the Court understand the events as they unfolded at Wal-mart Store # 1340, #1181 and others. Plaintiff adds that the Court should view / rule on this action under Title VII, ADEA (sense the general feeling of Wal-mart management team was that Plaintiff was too old to be a Pharmacy Tech),but also viewed/ruled under Title 42 United State Code, section 1983.1985 and 2000(e). Plaintiff is requesting that the District Court look between the lines of the falsehoods put into play by the Defendant and see the truth as it stands out in

this case, and find favor for the Plaintiff, Steve A. Reed.

In addition, Plaintiff request a jury trial and that all Attorney(s) fees, Court cost and other be paid by the Defendant. And furthermore, Plaintiff cites the following cases as legal bases in defense of Plaintiff's claim,.---citing Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (11th 1986) and Alvarez v. Royal Atlantic Developers, Inc.,610 F.3d 1253,1264 (11th Cir.2010) ,also Wilson v. B/E Aerospace, Inc., 376 E.3d 1079, 1086 (11th Cir. 2004) as it relates to genuine issue(s) of material fact being present,.--- citing,. Eaeley v. Champion Int'l Corp., 907,F.2d 1077, 1081 (11th Cir. 1990) and Castle v. Sangamo Weston Inc., 837 F.2d 1550,1558 N.13 (11th Cir 1998) as it relates to direct evidence of discrimination , discrimination based on national origin, based on age, based on sex , and discrimination based on color. –in addition to citing,. Little v.  United  Techs., Carrier Transicold Div.,103 F. 3d 956,960(11th Cir 1997) as it relates to discrimination based on Retaliation ,and Heller v. Ebb Auto Co., 8F. 3d 1433, 1439 ( 9th Cir 1993) as it relates to discrimination based on Religious Beliefs, and 42 U.S. C. & 2000e-3(a) as it relates to discrimination based on unfair compensation.

Plaintiff informs the Court that Wal-mart Pharmacist Tolu personally/directly told the Plaintiff that he (Tolu) visited the Pharmacy Senior's homes with intent of switching the Meds. Plaintiff verified the Wal-mart Pharmacist Tolu story of switching the Meds with same said Senior clients via the phone and in person ( when seniors returned the switched Meds at the Lithonia Pharmacy). Wal-mart #1340 senior pharmacy clients verified the switched. Plaintiff informed the Authorities.

STEVE A. REED
Pro Se,

P.O. BOX 136
Decatur, Ga. 30031

LETTER TO THE DIRECTOR OF THE ATLANTA METRO EEOC OFFICE

U.S. EQUAL EMPLOYMENT OPPORUNITY

ATLANTA DISTRICT OFFICE

DENISE WILLIAMSON- KIMBRORO

DIRECTOR OF THE EEOC METRO

ATLANTA  OFFICE 30303

March 31, 2011

STEVE REED

     Plaintiff,                      EEOC Charge No.410-2010-00250

v.

WAL-MART STORES

East,L.P.,et al.,

    Defendant,

MOTION FOR RECONSIDERATION

As it stands now, Plaintiff moves to strike the decision rendered by Federal Investigator Trey Pyle on Dec. 1st,2010 and March 8th, 2011 (around that time period) regarding EEOC case No. 410-2010-00250. Plaintiff, Steve Reed due hereby motion for Reconsideration on this day March 31, 2011 in the hopes that the Director of the EEOC, upon further review of the Charge will find favor for the Plaintiff as it relates to setting a EEOC hearing date between the Plaintiff and defendant and /or having the EEOC Office file the charge of discrimination against the Wal-mart Stores(Defendant) in Federal District Court. Plaintiff believes that a full understanding of the factors at hand surrounding the above listed charge have not received a true and just review by the Federal Investor Trey Pyle. There exist numerous inconsistencies between the findings of the Federal Investigator and what Plaintiff's witnesses are reporting and/or the facts of case.

As it relates to the reasons why Investigator Pyle moves forth with his-------- faulted assumptions of the case, let's review the findings as viewed /stated by the Investigator :

1. Mr. Reed you are not a part of a protected group.

2. Mr. Reed you were a bad employee with several write-ups

3. Mr. Reed none of yours witnesses reported that you were discriminated against.

4. Mr. Reed, I (Pyle) have talked to all of your key witnesses.

5. Mr. Reed you were violent and out of control as a employee.

6. Mr. Reed white employees and female employees at your level(similar situated) were treated the same by the employer at that location.

7. Mr. Reed you lied about the Pharmacists( Tolu and Boshulte) that stated that he(Tolu)

hated all Black Afro-American men and that Pharmacist Boshulte didn't call for an all

Female Pharmacy Tech crew.

8. Mr. Reed you were not replaced by a female pharmacy tech.

9. Mr. Reed Pharmacist Tolu did not try to posion/change meds of clients in which you

(Mr. Reed) helped.

10. Mr. Reed , District Pharmacy Manager Daryl Maesheddia did not have the last word

and first word when dealing with your illegal firing.

11. Mr. Reed, Pharmacy Manager Tracy Morning did not transfer you to another store.

12. Mr. Reed, Pharmacist(s) Lye Le, Richard Adams and Wal-mart District Pharmacy

Manager Dave Edwards  did not want you to work at Wal-mart Store No. 1181 or

that you( Mr. Reed) were  transferred to Store 1181.

13. Asian employees and White employees were treated just as bad  as the treatment

you( Mr. Reed) received at that Wal-mart store( 1340).

14. Mr. Reed ,you brought this treatment by Wal-mart upon yourself.

15. Mr. Reed no one at Wal-mart tried to set you up as it relates to your race, skin color

(tone),sex, national origin, and /or your Religious beliefs.

16. Mr. Reed the pay/bonuses are all the same for Pharmacy Techs on the south/east

side verses the white and Asian Pharmacy tech on the North/west side.

17. And the List of inconsistencies continue .

Upon closer review of the case, Plaintiff, Steve Reed puts forward that Plaintiff is a part

of a protected group/Class (Black-Afro/American male), that Plaintiff was adversely affected by

the actions of Wal-Mart's upper and lower management team which includes Whites, Asians,

Black females and other individuals of different National Origins, that plaintiff was treated

differently from other similarly situated individuals ( White pharmacy tech Robert Carrol, female

Pharmacy tech  Rolanda Davis, Tenia  James, Tonya  Treadwell------and others) as it relates to

almost every aspect of the working environment---that being workload, task assignments,

transfers, special duty and/or treatment, and other).


   Taking into account all the different variables which are the foundation of this case(#410

-2010-00250),one can easily agree that the burden of establishing a prima facie case has been

reached, for example---Plaintiff suffered open and blatant bouts of discrimination at the hands

of  Walmart Store Management team (White Mgr. and Lighter Skinned Black Co-Mgr.) at the

very start of employment when the Store Mgrs. Lied, abused their  authority, single-out Plaintiff

due to his darker skin tone and fired Plaintiff due to their racist attitudes toward Plaintiff's

ethnicity and skin tone not once but several times. Plaintiff strongly disagrees with the Federal

Investigator ( Pyle) conclusion that there exist no direct proof of discrimination when all there is

out and out discrimination at every twist and at every turn of the case at hand. If an employer

fabricates a charge(s) against an employee because the employer believes that due to the

employee's darker skin tone affecting his /her IQ or brain functioning and actually tell said same

employee this  is why we (Walmart 's Mgrs) are displaying discriminatory toward you (Plaintiff)

because you (Plaintiff) don't have the ability  to counter the many falsehoods leveled at you at

this time or any other time due to your(Plaintiff) -Limited brain function which is a direct result

of your Darker Skin Tone, we (Mgrs.) can and will discriminate and get away with it because we

(Mgr.) are "White or Bright and always right". Take for instance, Plaintiff's case of being lied

upon about filling Rx's the very first week of Plaintiff's  employment, whereby it was stated by

Walmart Store Mgrs. that Plaintiff made a very serious and deadly error in filling a customer's

meds that the Pharmacy Mgr.( Tracy Morning) wanted said employee( the Plaintiff) fired and

that at this time Walmart Store Mgrs. will have to firer Plaintiff on the spot, Please leave the

Store now!!!!when in fact this whole situation/story was a falsehood created by 1340 Store Mgr.

Roger( White male) and Co-Mgr. Bennie (a Lighter Skin Black) to show their blatant disregard

against Plaintiff's darker skin tone( Limited abilities) which was at the root/start of the problem.

Again for example , discrimination against the Plaintiff by Walmart Store Mgrs was made

apparent by when Walmart Management team set-up Plaintiff by passing the wrong meds

under to customer(s) under Plaintiff's call letters----mainly by using the racists Pharmacist Tolu --

who openly stated that he(Tolu)hated Black Afro-American males and they(Black Afro-American

males are dump and stupid and can easily be set-up for a fall. Here's how the initial plan of

Pharmacist 's Tolu was supposed to have worked, first have Plaintiff start the fill procedure,then

Pharmacist Tolu would check the fill though the system and then pass the Rx bag back to the

Plaintiff, but as the Plaintiff files away the Rx bag(Meds),Pharmacist Tolu would find a reason to

re-check/review the Rx bag again (off camera—so he (Tolu) thought ),thereby switching the

right Meds with the Wrong Meds causing a switch-out problem ( not a mis-fill)at the register

which would be blamed only on the Plaintiff not the Pharmacist---you see by making the Plaintiff

work the register alone no other Pharmacy Tech could be blamed for the switch-out which

would draw only minimal attention toward the Pharmacist or any other party(s) whereby, the

Plaintiff would be the only Tech to deliver the Wrong Meds(instead of the Right Meds) to the

customer (s). But , the fly in the buttermilk was-- Plaintiff caught on to what was happening and

refuses to play along by involving Store Mgr(s) directly by complaining to Store Mgr(s) and

requesting that Management review the video as proof of what Plaintiff is saying is the truth of

the matter---Store Mgnt. refuses to comply with Plaintiff's request( because Store mgr(s) are in

on the plot) and orders Plaintiff to continue to pass-out the Meds switched by Pharmacist Tolu.

Plaintiff reaches out to Upper Level Walmart Management team but to no avail, upper level Walmart Management agreed with Store Mgnt. and advised to confirm the write-up of said Plaintiff ( a fact that EEOC Investigator Pyle still holds against Plaintiff). But later on that very same day, Plaintiff filed a charge with the State Board of Professional License Dept. which resulted in the arrest/firing of Pharmacist Tolu-you see not only was Pharmacist Tolu switching meds at the store level but Pharmacist Tolu was visiting Customers which had received their meds under the call letters of the Plaintiff at their homes and then switching out the right meds for the wrong meds ( a fact which was brought to the attention of the State Board ,as well as the EEOC Investigator Pyle).

Plaintiff is at odds with the findings of Investigator Pyle and the allegations put forward by Walmart, Inc. which later confirmed by Investigator Pyle. Plaintiff contends that failure to notify Walmart regarding an absence was actually reported to Pharmacy Mgr. Tracy Morning in advance of the doctor's appt., but somehow the Pharmacist on duty didn't check/get the word or message and /or voice mail from Pharmacy Mgr. Tracy Morning that Plaintiff would be absent due to a planned doctor's appt.,thereby resulting in a write-up by the Walmart Store Management Team ( Plaintiff's believes that the lost message was a planned event.)

Plaintiff places into evidence that Plaintiff had worked at Wal-mart Store 1181 as a Pharmacy Tech since 2008 and that Paintiff was indeed transferred to Store 1181 by Pharmacy Store (1340) Mgr. Tracy Morning at the beginning of OCT./2009 and was accepted to work at Store 1181 by Pharmacist Lye Le( Pharmacy Store Mgr. of 1181) well before Pharmacist Boshulte took control of Store 1340( Lithonia), thereby rending all decisions made or not made by Pharmacist Boshulte as mute.

Being granted overtime is the product of and charged to the Pharmacy Store Mgr. and District Pharmacy Mgr. of the store(1181) requesting the overtime. At no time did the Plaintiff receive overtime that wasn't authorized by the requesting Pharmacy Mgr. and/or District Pharmacy Mgr. That means that, the only way to receive overtime at Wal-mart Pharmacy, Inc. without a write-up being involved is with the blessings and approval of the Store Pharmacy Mgr. and that Store District Pharmacy Mgr. for said overtime. In plaintiff's case the initial request for overtime was first put forward by Store Pharmacy Mgr. and Store Pharmacy Assist Mgr.(1181 Plaintiff's pay was charged to Store No. 1181( the requesting store).

At this time, as well as in the past- times ( the start of the case), Plaintiff counters Investigator Pyle argument that plaintiff did not get along with Walmart Store Management --- (1340) by stating that Plaintiff denies being disrespectful to Management which is a fact/claim that was well supported by Plaintiff's co-workers, the Walmart Management team at 1181 and others when questioned by the EEOC Investigator Pyle, but for some reason (unknown to us) EEOC Investigator Pyle stated the opposite in his conclusion of the facts of the case.

Plaintiff points out that Pharmacist Wolansa Boshulte stated over and over again the she(Wolansa) hated all men, that men were dumb and lazy ,and that she knew how to get a charge against men ( the Plaintiff) in order to ---- (Plaintiff) fired. Pharmacist Boshulte aledged that Plaintiff hit her, that Plaintiff threaten her, that Plaintiff cursed at her(Boshute). Upon investigation by Walmart Management team at Store 1340,Plaintiff received a unfair,illegal set-up write-up by 1340 StoreMgrs, and improper investigation ,whereby all of Plaintiff's supportive testimony by Plai: +iff's co-workers ( other Pharmacist at the scene) were disregarded. Even

after New Store Mgr(1340) Jerome Adkins received all the supportive arguments for the Plaintiff from the Witnesses at the scene that the Plaintiff never threaten, never hit, never cursed at Pharmacist Boshulte, Plaintiff received a write-up, and a D-Day from New Store Mgr. Jerome Adkins. Plaintiff adds that the Georgia Dept. of Labor independently investigated all of the above statements from both sides and found favor for the Plaintiff.

Plaintiff stresses that Plaintiff was replaced by a female Pharmacy Tech from Walgreens which completed the desires of Pharmacist Boshulte of having an all female Pharmacy tech crew at Store 1340---A fact that Investigator Pyle knew about but somehow stated the opposite in his conclusion of the facts of the case ( in fact all of Plaintiff's witnesses informed Investigator Pyle of the female Walgreens replacement and investigator Pyle witnessed the event with his own eyes when stopping by Store 1340 for said interviews regarding the matter. Why did he ( Pyle) state the opposite of the truth????

Having brought two independent review Boards and/or Agencies to bear on the matter at hand and having both Agencies (Georgia Dept. of Labor and the State Professional Licensing Board ) findings support Plaintiff arguments concerning Pharmacist Tolu switch the Meds with the blessings of Store(1340) Mgrs. and the outright lying on the part of Pharmacist Boshulte why didn't Investigator Pyle called for a hearing before the EEOC panel, especially since Investigator stated openly to the Plaintiff that if he finds out what Plaintiff Steve Reed is saying about Tolu the Pharmacist is true ( a fact that Walmart didn't tell EEOC Pyle about) that he (Pyle) would find favor for the Plaintiff, but if he finds out that Plaintiff Steve Reed is lying about that situation regarding Pharmacist Tolu that he (Pyle ) would find favor against the Plaintiff as you can see Investigator Pyle found out that the Plaintiff was telling truth, but still went back on his

word to the Plaintiff.

Looking back over the entire period of time that Plaintiff worked at Walmart Store 1340 Pharmacy and others, Plaintiff has suffered continuous discriminatory abuse from one day to the next by the behavior put forth by the Walmart Store Management team. Having said that, Plaintiff knows that Walmart treats Black employees with abuse and neglect, but never to the outrightous level of discrimination that was placed upon Plaintiff Steve Reed which went way beyond simple racism/discrimination to just pure hatred or just pure evil.

As to the situation with Mr. Green(Assist Store Mgr.1340) and Linds ( HR Mgr. 1340) and one other Unnamed 1340 Assist Mgr. in regards to the illegal and unjust firing of the Plaintiff( which is a mute point because Plaintiff was transferred to Store 1181 and District Pharmacy Mgr. Daryl Maesheddia( white male) was the real firing agent for Walmart) that Plaintiff was hit and then push into a chair in the HR room at1340 and was locked in the HR room by Mr. Green against Plaintiff wishes ,whereby Plaintiff was assaulted and discriminated against by Walmart Store Management so that the Police perhaps could arrest Plaintiff thereby eliminating the Reed problem. Plaintiff was locked-in the HR room and was told by management that we've got you and that we will not let you go until we have a charge against you and have you arrest for assault just like when you called the police on the customer who pulled a gun out on you earlier this year. You're in our Store now and we can do whatever we want!!!!. Call the Police on him( plaintiff) said Mr. Green. Needless to say, Plaintiff had the Georgia Dept. of Labor to investigate the whole situation of the HR room and the Dept. found favor for the Plaintiff.

At times while being employed at Walmart Pharmacy,Inc. Plaintiff was called a Nigger, a

faggot ( as well as Plaintiff Mother and Father) and a Black stupid dumb country boy by

members of the Walmart Management team( Roger=White Store Mgr., Bennie-Co-Mgr.,

Pharmacist Tolu and Boshulte,Assist Mgr. Green and others). By any stretch of possibilities at

hand no other Pharmacy Tech of other races suffered discriminatory behavior at the hands of

Walmart Management except Black Pharmacy Techs , especially Black male Pharmacy Techs

which goes to say that a reasonable person would concluded that Plaintiff Steve A. Reed was not

only discriminated against, but was marked by some Upper level Walmart Mgrs. for the plot of

removable at any cost, one of those upper level Mgrs. is District Pharmacy Mgr. Daryl

Marchetta---( White male). You see former Pharmacy Mgr. Tracy Morning had informed Plaintiff

that Daryl Marchetta-- has a racist/discriminatory attitude toward you (Plaintiff) ,Steve what did

you do to deserve this ????(Nothing), "Steve, Daryl wants you fired no matter what the cost or

whatever he (daryl) to do to get you out. Daryl doesn't like Black men who are educated and

seems not to know their place in society'. Plaintiff contends that Daryl Marchetta is the real

reason why Plaintiff was terminated and that Marchetta-- actually did the terminating himself.

Plaintiff feels that Daryl has a racist attitude toward Black men and upon every engagement

with Daryl either direct or indirect, Plaintiff could feel his ( Daryl) racial hatred.


Plaintiff has ready supplied the EEOC with a list of Witnesses and a list of question to ask

of each individual witness. Plaintiff was told by Investigator Pyle  that he (Pyle) has talk to

witness Pharmacist Lye Le and Pharmacist Richard Adams ,and Walmart District Pharmacy Mgr.

Dave Edwards(  all three are connected Store 1181),but upon further investigating by the

Plaintiff the above listed witnesses stated no such conversation with EEOC  Pyle ever took place-

--these individuals are key witnesses to the matter at hand by not talking to these individuals no

investigator can get a clear picture of what transpired between the parties involved. Therefore,

Plaintiff contends that the investigation is faulted .Furthermore, Plaintiff moves that the Director of EEOC ( Atlanta ,GA. Div.) re-visit the entire investigation, re-interview and interview( for the first time) key witnesses concerning this case.

In closing, Plaintiff states that the EEOC already has testimony in its records of Plaintiff's witnesses openly saying that Plaintiff was discriminated against by Walmart Management team. Please bring forward all the evidence and files so that a true picture of what happen can be brought to light.

STEVE A. REED

P.O. BOX 136

DECATUR, GA,30031

PHONE# 404/952-0925

cc., EEOC Washington D.C Field Services Office.

OC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| Steve A. Reed<br>. O. Box 136<br>Decatur, GA 30031 | From:  Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| OC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 0-2010-00250 | Trey Pyle,<br>Federal Investigator | (404) 562-6831 |

**HE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

e VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age crimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. J may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your suit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be . (The time limit for filing suit based on a claim under state law may be different.)

Jal Pay Act (EPA):  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the ged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** ore you file suit may not be collectible.

On behalf of the Commission

Bernice Williams-Kimbrough,
**District Director**

MAR 0 8 2011
*(Date Mailed)*

:losures(s)

| | |
|---|---|
| Marc Taylor, Esq.<br>Attorney At Law<br>Taylor, English, Duma LLP<br>1600 Parkwood Circle<br>Suite 400<br>Atlanta, GA 30339 | Elizabeth Scherer<br>Attorney At Law<br>4896 South Atlanta Road<br>Suite B-2<br>Smyrna, GA 30080 |

# CHARGE OF DISCRIMINATION

* This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2010-00250 |
| | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Steve A. Reed | | 06-29-1959 |

| Street Address | City, State and ZIP Code |
|---|---|
| P. O. Box 136 | Decatur, GA 30031 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WAL-MART STORE 1340 | 500 or More | |

| Street Address | City, State and ZIP Code |
|---|---|
| 5401 Fairington Road | Lithonia, GA 30038 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☒ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-08-2007**   Latest **10-17-2009**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named employer in October 2007 as a Pharmacy Technician. Starting the first week, co-manager stated that light-skinned blacks were superior. Another manager called me a "nigger." Head manager also made derogatory statements. I was discharged twice and rehired back each time. I have been suspended three times. The last suspension was on October 17, 2009, for an incident involving my supervisor. She accused me of terroristic threats and violence. She stated that she felt unsafe. I feel these actions are taken to get rid of me from Wal-Mart. There is a conspiracy to fire me.

I believe I have been discriminated against because of race (African-American), sex (male), national origin (American), color (dark-skinned), and religion (Baptist), and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and because of my age (50), in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED
OCT 19 2009
EEOC-ATDO

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Oct 19, 2009 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

EEOC FORM 131 (5/01)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Mr. Jeff Davis<br>Assiciate General Counsel<br>WAL-MART STORES, INC.<br>702 SW 8th Street<br>Bentonville, AR  72716 | **Steve A. Reed** |

| THIS PERSON (check one or both) |
|---|
| [X] Claims To Be Aggrieved |
| [ ] Is Filing on Behalf of Other(s) |

| EEOC CHARGE NO. |
|---|
| 410-2010-00250 |

## NOTICE OF CHARGE OF DISCRIMINATION
### (See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act      [ ] The Americans with Disabilities Act

[X] The Age Discrimination in Employment Act      [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ]   No action is required by you at this time.

2. [ ]   Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ]   Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below.  Your response will be placed in the file and considered as we investigate the charge.  A prompt response to this request will make it easier to conclude our investigation.

4. [X]   Please respond fully by   **27-NOV-09**   to the enclosed request for information and send your response to the EEOC Representative listed below.  Your response will be placed in the file and considered as we investigate the charge.  A prompt response to this request will make it easier to conclude our investigation.

5. [X]   EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources.  If you would like to participate, please say so on the enclosed form and respond by   **11-NOV-09**   to   **Clinton Smith, Mediator, (404) 562-6967.  See enclosed Respondent Invitation to Mediate form for further information.**
If you <u>DO NOT</u> wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above.  Your position statement; your response to our request for information, or any inquiry you may have should be directed to:

**William M. Batts,**
**Supervisory Investigator**

*EEOC Representative*

*Telephone*   **(404) 562-6840**

**Atlanta District Office**
**100 Alabama Street, S.W.**
**Suite 4R30**
**Atlanta, GA 30303**

Enclosure(s):  [X] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] RACE   [ ] COLOR   [X] SEX   [X] RELIGION   [ ] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [X] RETALIATION   [ ] OTHER

See enclosed copy of charge of discrimination.

| | Name / Title of Authorized Official | Signature |
|---|---|---|
| October 28, 2009 | **Bernice  Williams-Kimbrough,**<br>**District Director** | *Bernice W. Kimbrough* |

CERTIFICATE OF SERVICE

Plaintiff-Appellee, Steve A. Reed do hereby affirm that a true copy of the above

mention document was mailed to the Defendant(s) via first class mail to Defendant's

listed address of :

        Marc Taylor,Esq.
        Taylor,English,Duma LLP
        1600 Parkwood Circle
        Suite 400
        Atlanta ,Ga. 30339

On this day May 27th,  2011

                                        *Steve A Reed*
                                        STEVE A. REED
                                        PRO SE.,

P.O. BOX 136
DECATUR, GA. 30031
PHONE# 678/793-7331

IN ~~SUPERIOR~~ *State S/L.* COURT OF FULTON COUNTY
FOR THE STATE OF GEORGIA
ATLANTA DIVISION

STEVE A. REED
    Plaintiff,

                                        JURY TRAIL REQUESTED
                                        Case No. ----Pending

v.

WAL-MART, INC., WAL-MART
STORES EAST, L.,P.,et al.,
    Defendants,

## MOTION FOR A COURT APPOINTED ATTORNEY

        If it pleases the Court, Plaintiff requests a Court appointed Attorney to aid Plaintiff in defense of the above listed Case. Due to the complex and confusing nature of this case and the many legal steps required in order to force the Defendants into sharing all the needed personal files , witness testimony, State and Local Government involvement  and ,etc., Plaintiff moves for a Court Appointed Attorney.

*Steve Reed*

STEVE A. REED
Pro Se,

EXHIBIT "A"



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910



INTERVIEW QUESTIONNAIRE

EEOC CHARGE: 410-2010-00250
CHARGING PARTY: STEVE REED
RESPONDENT: WAL-MART

1.   What is your full name for the record?

Katrina Marie Joseph



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

2.      How long have you been employed with the Respondent?

November 08
August  2010



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

3.   How did you know Steve Reed? Was he a good employee/bad employee? Explain? Was
     he easy to get along with? Difficult? Explain?

- Didn't work
  closely together

- From what I saw
  the man was a good
  guy

- But didn't see him that
  often.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

5.   Have you ever been discriminated against by Wal-Mart's management team? If yes, explain fully.

– Manager, Alonza, she is main problem

–She didn't like who worked

– She said "I don't want all these Blacks'

–She was militant, no socializing

–She was disrespectful, rude
constantly reported her to Management
Management turns blind eye does not do Open
management turns does
Door Policy


–Punishes ppl by making
if them do menial labor
you complain about her.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

6.   How are Blacks/African-Americans treated at Wal-Mart Store 1340? What examples can you give of this treatment?

- lots of personal problems + disrespect

- Rudeness + childish Games

- All of mngmt is A/A.

- We, Non-mngmt, get along, but lots of bad supervisor's there.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

7.   Were there any schedule changes made concerning report times, daily and weekly
schedules without the Tech's knowledge that such changes have been made?

- Constant     scheduling    games

- You    never    know    when you're
suppose    to    go    in

- Alonza    will    tell    you    go    home
- You    will    show    up    for    and get
written    up

Management    plays    scheduling games



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

8.  Were you aware of any capacity that Steve Reed requested a transfer from Wal-Mart (1340) to the Wal-Mart in Lithonia? Why did he want a transfer?

— Yes

— B4 new mngr. Wanted out

— Steve always said mngr not treated him badly

— I never saw Steve Regularly.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

9.  How was Steve Reed treated by Wal-Mart Management? Why do you think they singled him out?

- The Store is primary
  A/A in ngad.

- Personal politics is the motivation



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

10. Did you ever work with or hear about a pharmacist by the name of "Tolu". Was there ever switching of the medications? How did Pharmacist Tolu treat Tech Reed? Why was Pharmacist Tolu terminated from Wal-Mart? Did Pharmacist Tolu ever make any discriminatory comments about Black/African-American men?

— No, sir

— Rumors of him changing
      meds



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

11.  How did Pharmacist Luthoniza treat Steve Reed? How did Luthoniza behave around
     Tech Reed? How did Luthoniza view men? Did Pharamacist Luthoniza want a team of
     all female pharmacy techs working for and/or with her?

— Didn't know this
individual.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

> **INTERVIEW QUESTIONNAIRE**
>
> **EEOC CHARGE: 410-2010-00250**
> **CHARGING PARTY: STEVE REED**
> **RESPONDENT: WAL-MART**

1.   What is your full name for the record?

   Recardo Utique Ware



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

2.      How long have you been employed with the Respondent?

*May  2007*

*Pharmacy  Tech*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Status Line: 866-408-8075
Atlanta Direct Dial: (404) 562-6887
TTY (404) 562-6801
FAX (404) 562-6909/6910

3.   How did you know Steve Reed? Was he a good employee/bad employee? Explain? Was
he easy to get along with? Difficult? Explain?

- Worked w/him

- Best tech.

- Yes, talked about another boss

- lot of personal issues

- Lyle, looked into Steve's transfer

CERTIFICATE OF SERVICE

Plaintiff-Appellee, Steve A. Reed do hereby affirm that a true copy of the above

mention document was mailed to the Defendant(s) via first class mail to Defendant's

listed address of :

           Marc Taylor,Esq.
           Taylor,English,Duma LLP
           1600 Parkwood Circle
           Suite 400
           Atlanta ,Ga. 30339

On this day May 27th,  2011

STEVE A. REED
PRO SE.,

P.O. BOX 136
DECATUR, GA. 30031
PHONE# 678/793-7331