IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEVE A. REED,

    Plaintiff,

v.

WAL-MART, INC.,

    Defendant.

CIVIL ACTION FILE

NO. 1:11-CV-3312-WBH

## ORDER

The instant action was removed by Defendant from the State Court of Fulton County, which complaint alleges the same causes of action as Plaintiff's pending case, 1:11-CV-1734-WBH, filed in this Court on May 27, 2011. Defendant has now moved to consolidate the two cases, [Doc. 3]. Plaintiff objects indicating that he believes that the removed case should be remanded to Fulton County State Court. However, as the complaint recites Title VII and the Civil Rights Act of 1964, it appears apparent that jurisdiction exists and that remand would not be proper.

AO 72A
(Rev.8/8
2)

Accordingly, Defendant's motion to consolidate, [Doc. 3], is **GRANTED**. This action is consolidated into the earlier action, 1:11-CV-1734-WBH, and the Clerk **IS DIRECTED TO CLOSE** this action.

SO ORDERED this 9th day of January, 2012.

*/s/ Willis B. Hunt*
WILLIS B. HUNT, JR.
United States District Judge

AO 72A
(Rev.8/82)